ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                      )
                                                  )
Applied Technical Systems, Inc.                   )   ASBCA No. 58072
                                                  )
Under Contract No. N00178-06-D-4684-0001          )

APPEARANCES FOR THE APPELLANT:          James F. Nagle, Esq.
                                        Benjamin D. Greenberg, Esq.
                                          Oles Morrison Rinker & Baker LLP
                                          Seattle, WA

APPEARANCES FOR THE GOVERNMENT:         Ronald J. Borro, Esq.
                                          Navy Chief Trial Attorney
                                        Robert M. Jusko, Esq.
                                        Ryan J. Stamper, Esq.
                                        Alan M. Tauber, Esq.
                                          Trial Attorneys
                                          Naval Undersea Warfare Center,
                                          Division Keyport

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  6 March 2014

_____
ELIZABETH M. GRANT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58072, Appeal of Applied Technical Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2